■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL SAGGESE, Appellant.—Appeal by the defendant from two judgments of the County Court, Suffolk County (Weissman, J.), both rendered February 5, 1986.

Ordered that the judgments are affirmed (see, People v Kazepis, 101 AD2d 816). Mollen, P. J., Bracken, Rubin, Sullivan and Rosenblatt, JJ., concur.